

# NUMBER 13-12-00547-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. D/B/A ABC SUPPLY CO. AND FELILPE SALAZAR

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Per Curiam Memorandum Opinion[1]

Relators, American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co. and Felipe Salazar, filed a petition for writ of mandamus in the above cause on September 6, 2012, seeking to compel the trial court to allow the designation of a responsible third party. TEX. CIV. PRAC. & REM. CODE ANN. § 33.004(a) (West Supp. 2011). The Court requested, but has not yet received a response to the petition for writ of mandamus from the real parties in interest, Richard Robledo and Frank Valdez.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Currently pending before the Court is the parties' "Agreed Motion to Dismiss with Prejudice." According to the motion, the parties have fully and finally compromised and settled all matters in controversy between them. They request that we dismiss this cause with prejudice.

The Court, having examined and fully considered the agreed motion to dismiss, is of the opinion that the motion should be granted. Accordingly, we GRANT the agreed motion to dismiss and dismiss this cause with prejudice to the rights of all parties to refile the same, or any part thereof, and tax all costs of court to the parties incurring same.

PER CURIAM

Delivered and filed the 13th
day of November, 2012.